United States Courts
Southern District of Texas
ENTERED

OCT 3 1 2006

Michael N. Milby, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**



MICHAEL JAMES DUKE, §
§
Petitioner, §
§
vs. §
§
NATHANIEL QUARTERMAN, §
§
Respondent. §

2-06CV-300-J

CIVIL ACTION H-06-1704

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 8 2006

CLERK, U.S. DISTRICT COURT
BY ______ DEPUTY

**MEMORANDUM AND OPINION**

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254, challenging the denial of release on mandatory supervision. He is currently serving a sentence for a conviction in Collin County, Texas, which is located within the Sherman Division of the United States District Court for the Eastern District of Texas. Petitioner is currently confined at the Clements Unit, which is located within the Amarillo Division of the United States District Court for the Northern District of Texas. (Docket Entry No. 7).

> Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him. . . .

TRUE COPY I CERTIFY
ATTEST: 11/08/06
MICHAEL N. MILBY, CLERK
By ______ Deputy Clerk

28 U.S.C. § 2241(d). Under 28 U.S.C. § 2241(d), this court may transfer the writ to the district where the petitioner is currently confined.

The Clerk is ORDERED to transfer this application for writ of habeas corpus to the Clerk of the Northern District of Texas, Amarillo Division.

SIGNED at Houston, Texas, on Oct 24, 2006.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE